# Exhibit A

GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS 22nd day of June, 1950.

W.R. Lynch, Notary Public in and
Seal.                                                              for Walker County, Texas.

My Commission expires June 1, 1951.

Filed for record the 29th day of June, A.D. 1950 at 10:15 O'Clock A.M.

Recorded the 1st day of July, A.D. 1950 at 9 O'Clock A.M.

J. L. Ferguson
County Clerk, Walker County, Texas.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NO. 8770    John Cook & Nona Cook    TO THE AMERICAN TELEPHONE & TELEGRAPH COMPANY    EASEMENT

$110.00                                             Approved Marvin H. Hinder
                                                    Assistant Division Attorney

RECEIVED OF THE AMERICAN TELEPHONE AND TELEGRAPH COMPANY

ONE HUNDRED TEN AND NO/100 Dollars, in consideration of which the undersigned hereby grant and convey unto said Company, its associated and allied companies, its and their respective successors, assigns, lessees and agents, a right of way and easement to construct, operate, maintain, replace and remove such communication systems as the grantees may from time to time require, consisting of underground cables, wires, conduits, manholes, drains, and splicing boxes, and surface testing-terminals, repeaters, repeater housings and markers, and other appurtenances, upon, over and under a strip of land one rod wide across the land which the undersigned own or in which the undersigned have any interest in 71.5 acres, more or less, part of the W.A. Cook League, Abstract No. 12, includes one tract of 30.2 acres, more or less, and one of 41.3 acres, more or less.
of___County of Walker, and State of Texas, together with the following rights: Of ingress and egress over and across the lands of the undersigned to and from said strip for the purpose of exercising the rights herein granted; to place surface markers beyond said strip; to clear and keep cleared all trees, roots, brush and other obstructions from the surface and subsurface to said strip; and to install gates and stiles in any fences crossing said strip. The south boundary of said one rod strip shall be a line parallel to and 5 feet South of the first cable laid which cable shall have its location indicated upon surface markers set at intervals on the land of the undersigned or on adjacent lands. The undersigned for themselves their heirs, executors, administrators, successors and assigns, hereby covenant that no structure shall be erected or permitted on said strip. The grantees agree that the said cables shall be buried below plow depth in order not to interfere with the ordinary cultivation of the strip, and to pay for damage to fences and growing crops arising from the construction and maintenance of the aforesaid systems.

        Signed and sealed this 14th day of June, 1950 at RFD #1 Huntsville, Texas.

Witness:

Joe A. Felgen                                              John Cook

$.55 Fed. Rev. Hereon.                                     Nona Cook


THE STATE OF TEXAS |
COUNTY OF WALKER   |

        BEFORE ME, the undersigned authority, on this day personally appeared John Cook, also known as Johnny Cook, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

        GIVEN UNDER MY HAND AND SEAL OF OFFICE, this 14th day of June, 1950.

Seal.  My Commission expires June 1, 1951.        W.R. Lynch, Notary Public in and for
                                                  Walker County, Texas.

THE STATE OF TEXAS |
COUNTY OF WALKER   |

BEFORE ME, the undersigned authority, on this day personally appeared Nona Cook wife of John Cook, known to me to be the person whose name is subscribed to the foregoing instrument, and she, having been examined by me priviately, and apart from her husband, and the foregoing instrument having been by me fully explained to her, she, the said Nona Cook acknowledged such instrument to be her act and deed and declared that she had willingly signed the same for the purposes and consideration therein expressed, and that she did not wish to retract it.

GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS 14th day of June, 1950.

W.R. Lynch, Notary Public, in and for

Seal. My commission expires June 1, 1951.    Walker County, Texas.

Filed for record the 29th day of June, A.D. 1950 at 10:15 O'Clock A.M.
Recorded the 1st day of July, A.D. 1950 at 9:15 O'Clock A.M.

*J. L. Ferguson*
County Clerk, Walker County, Texas

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NO. 8771   Mary Cook et al   To AMERICAN TELEPHONE & TELEGRAPH CO.   EASEMENT

$112.00                                        Approved Marvin h. hinder
                                               Assistant Division Attorney

RECEIVED OF THE AMERICAN TELEPHONE AND TELEGRAPH COMPANY

ONE HUNDRED TWELVE Dollars, in consideration of which the undersigned hereby grants and conveys unto said Company, its associated and allied companies, its and their respective successors, assigns, lessees and agrents, a right of way and easement to construct, operate, maintain replace and remove such communication systems as the grantees may from time to time require, consisting of underground cables, wires, conduits, manholes, drains and splicing boxes, and surface testing-terminals, repeaters, repeater housings and markers, and other appurtenances, upon over and under a strip of land one rod wide across the land which the undersigned owns or in which the undersigned have any interest in 50 acres, more or less, part of the W.A. Cook League, Abstract No. 12, of _____ County of Walker, and State of Texas, together with the following rights: Of ingress and egress over and across the lands of the undersigned to and from said strip for the purpose of exercising the rights herein granted; to place surface markers beyond said strip; to clear and keep cleared all trees, roots, brush and other obstructions from the surface and subsurface of said strip; and to install gates and stiles in any fences crossing said strip. The south boundary of said one rod strip shall be a line parallel to and 5 feet south of the first cable laid, which cable shall have its location indicated upon surface markers set at intervals on the land of the undersigned or on adjacent lands. The undersigned for themselves their heirs, executors, administrators, successors and assigns, hereby covenant that no structure shall ge erected or permitted on said strip. Thegrantees agree that the said cables shall be buried below plow depth in order not to interfere with the ordinary cultivation of the strip, and to pay for damage to fences and growing crops arising from the construction and maintenance of the aforesaid systems.

Signed and sealed this 14th day of June, 1950 at RFD #1 Huntsville, Texas.

Witness: Joe A. Felgen                         Mary Cook

$.55 Fed. Rev. Hereon.                         May Bell Cook

                                               Johnny Cook

THE STATE OF TEXAS |
COUNTY OF WALKER   |