IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENNETH COOK, JOHN WILLIAM COOK, JAMES HANNA, REBECCA WALKER JENSEN, JAMES KENT and DEERFIELD INVESTMENTS LTD, each Individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP.,<br><br>Defendant. | C.A. NO. 4:16-CV-00542 |

## ORDER GRANTING MOTION TO DISMISS

On this day, the Court considered Defendant AT&T Corp.'s Motion to Dismiss Plaintiffs' Second Amended Complaint ("Motion"). The Court, having considered the Motion and all other things properly before the Court, determines that the Motion should be granted and that all of Plaintiffs' claims should be dismissed with prejudice.

It is so ORDERED.

_____ _____
Date                                             The Honorable Alfred H. Bennett
                                                 United States District Judge