IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH COOK, JOHN WILLIAM COOK, JAMES HANNA, REBECCA WALKER JENSEN, JAMES KENT and DEERFIELD INVESTMENTS LTD, each Individually, and on behalf of those similarly situated, | § § § § § § | C.A. No.: 4:16-cv-00542 |
| | § | |
| Plaintiffs, | § | |
| V. | § § | |
| AT&T CORP. | § § | CLASS ACTION PURSUANT TO |
| Defendant. | § | FED. R. CIV. P. 23 |

**JURY TRIAL DEMANDED**

| | | |
|---|---|---|
| MARTHA COOK, EXECUTOR OF THE ESTATE OF DOYCE COOK, | § § § | |
| PLAINTIFF | § § § | C.A. No.: 4:16-cv-00381 |
| V. | § § | |
| AT&T CORP., | § § | |
| DEFENDANT | § | **JURY TRIAL DEMANDED** |

<u>**PLAINTIFFS' INITIAL DISCLOSURES**</u>

Plaintiffs Kenneth Cook, Martha Cook, John William Cook, James Hanna, Rebecca Walker Jensen, James Kent, and Deerfield Investments Ltd, individually and as representatives of the putative class defined herein (the "Class"), make these initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

**I.      INITIAL DISCLOSURES**

A.  Individuals with Discoverable Information

1.   The names, addresses (work and home), and telephone numbers (work and home) of individuals likely to have discoverable information that Plaintiff may use to support his claims are:

**Plaintiffs Kenneth Cook, Martha Cook, John William Cook, James Hanna, Rebecca Walker Jensen, James Kent, and Deerfield Investments Ltd, individually and as representatives of the putative class defined herein
c/o The Buzbee Law Firm
600 Travis St., Ste. 7300
Houston, Texas 77002
(713) 223-5393**

**AT&T Corp, and their employees
c/o Haynes and Boone
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000**

B.  Relevant Documents & Tangible Things

2.   **Such documents have been produced.**

C.  Information Related to Calculation of Damages

3.   **Such documents have been produced.  Please refer to Plaintiffs' experts' reports. Discovery is ongoing, and Plaintiffs reserve the right to supplement.**

D.  Insurance

4.   **Not applicable.**

**II.     DISCLOSURE OF EXPERT TESTIMONY:**

A.   Identity of any person who may be used at trial to present evidence under rules 702, 703, or 705 of the Federal Rules of Evidence.

**Bryan E. Vento
Environmental Evaluations & Consulting:
4510 Windy Hollow
Kingwood, Texas 77345
(281) 361-7174**

2

**David Howell**
**Pipeline Equities**
**510 Bering, Suite 300**
**Houston, Texas 77057**
**(713) 623-0090**

**Ronald E. Plackemeier**
**Lyons & Plackemeier**
**518 9th Ave. N**
**Texas City, Texas 77502**
**(409) 797-4149**

B.  Experts' written reports.

   **Such documents have been produced.**

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Andrew Dao*
Anthony G. Buzbee
State Bar No. 24001820
Federal Bar No. 22679
Andrew Dao
State Bar No. 24082895
Federal Bar No. 2368172
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone:  713-223-5393
Facsimile:   713-223-5909
Email:  tbuzbee@txattorneys.com
Email: adao@txattorneys.com

Bret Griffin
State Bar No. 24025396
Federal Bar No. 685946
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Email: bret@bretgriffin.com

**ATTORNEYS FOR PLAINTIFFS**

3

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of this document will be served or has been served on all interested parties in accordance with the Federal Rules of Civil Procedure on July 21, 2017.  Service on E-Filing Users will be automatically accomplished through the Notice of Electronic Filing; non-Filing Users will be served by certified mail, return receipt requested and/or via facsimile.

                                              */s/ Andrew Dao*
                                               Andrew Dao