IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH COOK, JOHN WILLIAM COOK, JAMES HANNA, REBECCA WALKER JENSEN, JAMES KENT and DEERFIELD INVESTMENTS LTD, each Individually, and on behalf of those similarly situated, | § § § § § § § | C.A. NO. 4:16-CV-00542 |
| | § § | Judge Alfred H. Bennett |
| Plaintiffs, | § § | |
| v. | § § | |
| AT&T CORP., | § § § | |
| Defendant. | § § | |
| MARTHA COOK, EXECUTOR OF THE ESTATE OF DOYCE COOK, | § § § | |
| Plaintiff, | § § | C.A. NO. 4:16-CV-00381 |
| v. | § § § | Judge Alfred H. Bennett |
| AT&T CORP., | § § § | |
| Defendant. | § § | |

**NOTICE OF NON-OPPOSITION TO PLAINTIFFS JOHN WILLIAM COOK, JAMES HANNA AND DEERFIELD INVESTMENTS LTD'S MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**

Defendant AT&T Corp. ("AT&T") files this Notice of Non-Opposition to Plaintiffs John William Cook, James Hanna and Deerfield Investments Ltd's Motion to Voluntarily Dismiss with Prejudice (the "Motion," Dkt. No. 99). AT&T does not oppose the Motion and requests that the Court enter the proposed order submitted by Plaintiffs (Dkt. No. 99-1).

1

Respectfully submitted,

*/s/ Thad Behrens*
Thad Behrens
State Bar No. 24029440
Southern District Bar No. 916015
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5668
Facsimile: (214) 200-0886
E-mail: thad.behrens@haynesboone.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT AT&T CORP.**

OF COUNSEL:

Mark Trachtenberg
State Bar No. 24008169
Southern District Bar No. 24584
Polly Graham Fohn
State Bar No. 24065318
Southern District Bar No. 1062385
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2528
Facsimile: (713) 236-5567
E-mail: mark.trachtenberg@haynesboone.com
E-mail: polly.fohn@haynesboone.com


Michelle C. Jacobs
State Bar No. 24069984
Southern District Bar No. 1111059
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5058
Facsimile: (214) 200-0619
E-mail: michelle.jacobs@haynesboone.com

**ATTORNEYS FOR DEFENDANT AT&T CORP.**

**CERTIFICATE OF SERVICE**

      I certify that on this 18th day of February 2020, a true and correct copy of the foregoing instrument was served via electronic means through transmission facilities from the Court to all counsel of record.

                                                */s/ Michelle C. Jacobs*
                                                Michelle C. Jacobs