IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH COOK, JOHN WILLIAM COOK, JAMES HANNA, REBECCA WALKER JENSEN, JAMES KENT and DEERFIELD INVESTMENTS LTD, each Individually, and on behalf of those similarly situated, | § § § § § § § | |
| Plaintiffs, | § | C.A. No.: 4:16-cv-00542 |
| V. | § § | |
| AT&T CORP. | § § § | |
| Defendant. | § | |

### ORDER ON PLAINTIFFS', KENNETH COOK, MARTHA COOK AND DUSTY COOK AND REBECCA JENSEN'S MOTION TO DISMISS

Plaintiff's Motion to Voluntarily Dismiss AT&T Corp. with Prejudice was heard by the Court, who having considered the Motion, grants the same as to form and content.

It is, therefore, ORDERED that Plaintiffs' Kenneth Cook, Martha Cook, Dusty Cook and Rebecca Jensen's claims against AT&T Corp. are dismissed with Prejudice. Any relief not granted herein is expressly denied.

SIGNED this ____ day of __MAY 2 8 2020_____, 2020.

_____
JUDGE PRESIDING

1